IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 22-12535-A

HUNT REFINING COMPANY,

Petitioner,

versus

U.S. ENVIRONMENTAL PROTECTION AGENCY,

Respondent.

Petition for Review of a Decision of the
Environmental Protection Agency

Before: WILSON, LUCK, and LAGOA, Circuit Judges.

BY THE COURT:

  Petitioner's motion for a stay pending review is GRANTED. *See* 5 U.S.C.A. § 705 ("[T]he court to which a case may be taken on appeal from . . . may issue all necessary and appropriate process to postpone the effective date of an agency action or to preserve status or rights pending conclusion of the review proceedings.").

  Petitioner's motion to seal declarations supporting its motion for stay and portions of its motion is GRANTED.

  Respondent's motion to seal certain portions of its response and supporting documents is GRANTED.

Petitioner's motion to seal its supplemental declaration and certain portions of its reply is GRANTED.