IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 22-12535-A

HUNT REFINING COMPANY,

Petitioner,

versus

U.S. ENVIRONMENTAL PROTECTION AGENCY,

Respondent.

Petitions for Review of a Decision of the
Environmental Protection Agency

Before: WILSON, LUCK, and LAGOA, Circuit Judges.

BY THE COURT:

Respondent U.S. Environmental Protection Agency's motion for leave to file a sur-reply to Petitioner Hunt Refining Company's reply brief is DENIED.

Respondent U.S. Environmental Protection Agency's motion to seal certain portions of its sur-reply is GRANTED.